# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-1364
_____

Jerry Duwenhoegger

*Plaintiff - Appellant*

v.

Nicollet County, Minnesota

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: September 13, 2022
Filed: September 26, 2022
[Unpublished]

_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jerry Duwenhoegger, who claims to be a foreign sovereign nation immune from criminal prosecution, appeals after the district court[1] dismissed his complaint

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

as frivolous.  Upon careful review, we find the district court did not abuse its discretion in dismissing Duwenhoegger's complaint.  *See* 28 U.S.C. § 1915(e)(2)(B)(i) (court shall dismiss case at any time if court determines that action is frivolous or malicious); *see also Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (complaint is frivolous where it lacks arguable basis either in law or in fact). Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____